UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Stephanie Major v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 11-cv-12255-DRH

*Larrianne Rodriguez v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 11-cv-10513-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on and February 21, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                               NANCY J. ROSENSTENGEL,
                               CLERK OF COURT

                               BY:  */s/Sara Jennings*
                                            **Deputy Clerk**

**Dated:** February 24, 2014

Digitally signed by
David R. Herndon
Date: 2014.02.24
17:10:20 -06'00'

**APPROVED:**
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**